| Reap. No. | Inv. No. | Quantity | Item | Value per hundred, Swiss francs, packed |
|---|---|---|---|---|
| 138310–A | 2665 | 30000<br>30000 | Ruby SC. No. 38 D–1.30 MM_____<br>"      "  SC.      D–1.00 MM_____<br>Endstones | 7. 50<br>2. 00 |
|  | 2664 | 10000<br>1000<br>1000<br>5000 | "      "   No. 8¼ D–0.80 MM_____<br>"      "      "  11¼ D–1.70 MM_____<br>"      "      "  15¼ D–1.70 MM_____<br>"      "      "  51¼ D–1.20 MM_____ | 9. 10<br>9. 50<br>9. 50<br>10. 00 |
|  | 2786 | 10000<br>1000<br>500<br>2000<br>1000<br>1500 | "      "      "  ·8¼ D–0.80 MM_____<br>"      "      "  12¼ D–1.00 MM_____<br>"      "      "  13¼ D–1.00 MM_____<br>"      "      "  21¼ D–2.00 MM_____<br>Sapph. SC. No. 66¼ D–1.20 MM_____<br>"      "      "    101 D–1.70 MM_____ | 9. 10<br>9. 10<br>9. 10<br>9. 60<br>10. 00<br>22. 60 |
| 138311–A | 2920 | 5000<br>4000<br>3000<br>8000<br>2000<br>500 | Ruby  "      "  8¼ D–0.80 MM_____<br>"      "      "  10¼ D–1.00 MM_____<br>"      "      "  10¼ D–1.20 MM_____<br>"      "      "  17¼ D–2.00 MM_____<br>"      "      "  21¼ D–2.00 MM_____<br>Sapph. "      "    101 D–1.70 MM_____ | 9. 10<br>8. 00<br>7. 75<br>9. 60<br>9. 60<br>22. 60 |
| 138313–A | 2990 | 8000 | Ruby  "      "  10¼ D–0.80 MM_____ | 8. 00 |
| 138314–A | 3095 | 10000<br>3000<br>2000<br>1000 | "      "      "  8¼ D–0.80 MM_____<br>"      "      "  10¼ D–1.00 MM_____<br>"      "      "  10¼ D–1.20 MM_____<br>Sapph. "      "    101 D–1.70 MM_____ | 9. 10<br>8. 00<br>7. 75<br>22. 60 |
| 138316–A | 3207 | 1500 | "      "      "    101 D–1.70 MM_____ | 22. 60 |
|  | 3206 | 7000<br>7000 | Ruby  "      "  38 D–1.30 MM_____<br>"  SC.      D–1.00 MM_____<br>Endstones | 7. 50<br>2. 00 |
| 138318–A | 3360 | 5000<br>1000<br>9000<br>1000 | Ruby SC. No.  8¼ D–0.80 MM_____<br>"      "      "  12¼ D–1.00 MM_____<br>"      "      "  10¼ D–1.00 MM_____<br>Sapph. "      "    101 D–1.70 MM_____ | 9. 10<br>9. 10<br>8. 00<br>22. 60 |

FEBRUARY 24, 1941

**No. 5138.—** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ *United States* v. *Sears Roebuck & Co. et. al.*   Entered at Memphis, Tenn., New Orleans, La., Philadelphia, Pa., Boston, Mass.   Reap. Dec. 5078.   Motion by appellees.